# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**CHARLES EDWARD JONES, SR**
**ADC #144544**                                                                                    **PLAINTIFF**

**v.**                                    NO: 2:22-CV-00051-BSM

**DOES**                                                                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE